**Tenant Ledger**

**Tenants:** Natasha N. Powell

**Mobile:** (678) 860-2837

**Unit:** --

**Property:** Agate Dr 4755 - NR - 4755 Agate Dr Alpharetta, GA 30022

**Status:** Evict

**Move in date:** 03/16/2020

**Move out date:** --

**Lease Expiration:** 07/31/2026

**Rent:** 2,660.00

**Deposit Paid:** 2,000.00

**Chargeback Amount (Last 12 Months):** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| | | | | | 0.00 Starting Balance |
| 02/12/2020 | | Application Fee | 54.00 | | 54.00 |
| 02/12/2020 | Natasha N. Powell | Credit Card Payment (Reference #1H0N-S8QD) | | 54.00 | 0.00 |
| 03/02/2020 | Natasha N. Powell | Payment (Reference #7252) | | 1,000.00 | -1,000.00 |
| 03/02/2020 | Natasha N. Powell | Payment (Reference #7263) | | 1,000.00 | -2,000.00 |
| 03/05/2020 | | Security Deposits - Move In Charge: Security Deposits | 2,000.00 | | 0.00 |
| 03/16/2020 | | Rent - Move In Charge: Rent | 1,032.26 | | 1,032.26 |
| 03/16/2020 | | Admin Fee - Move In Charge: Admin Fee | 175.00 | | 1,207.26 |
| 03/16/2020 | | Pet Fee - Move In Charge: Pet fee | 250.00 | | 1,457.26 |
| 03/17/2020 | Natasha N. Powell | Payment (Reference #5373) | | 1,000.00 | 457.26 |
| 03/17/2020 | Natasha N. Powell | Payment (Reference #5362) | | 1,000.00 | -542.74 |
| 03/17/2020 | Natasha N. Powell | Payment (Reference #3968) | | 175.00 | -717.74 |
| 03/17/2020 | Natasha N. Powell | Payment (Reference #3935) | | 1,000.00 | -1,717.74 |
| 03/17/2020 | Natasha N. Powell | Payment (Reference #3946) | | 33.00 | -1,750.74 |
| 03/17/2020 | Natasha N. Powell | Payment (Reference #3957) | | 250.00 | -2,000.74 |
| 04/01/2020 | | Rent - April 2020 | 2,000.00 | | -0.74 |
| 04/03/2020 | Natasha N. Powell | ACH Payment (Reference #7E91-CA40) | | 800.00 | -800.74 |
| 04/15/2020 | Natasha N. Powell | ACH Payment (Reference #8D98-4440) | | 1,000.00 | -1,800.74 |
| 04/17/2020 | Natasha N. Powell | ACH Payment (Reference #9BE2-2D50) | | 600.00 | -2,400.74 |
| 04/21/2020 | Natasha N. Powell | ACH Payment (Reference #ACD2-58D0) | | 1,000.00 | -3,400.74 |
| 05/01/2020 | | Rent - May 2020 | 2,000.00 | | -1,400.74 |
| 05/01/2020 | Natasha N. Powell | ACH Payment (Reference #C1A8-FD80) | | 600.00 | -2,000.74 |
| 05/15/2020 | Natasha N. Powell | ACH Payment (Reference #58D1-ED60) | | 1,000.00 | -3,000.74 |
| 05/29/2020 | Natasha N. Powell | ACH Payment (Reference #91E5-4BA0) | | 1,000.00 | -4,000.74 |
| 06/01/2020 | | Rent - June 2020 | 2,000.00 | | -2,000.74 |
| 06/11/2020 | Natasha N. Powell | ACH Payment (Reference #EA1E-12D0) | | 1,000.00 | -3,000.74 |
| 06/25/2020 | Natasha N. Powell | ACH Payment (Reference #F1AB-6FA0) | | 500.00 | -3,500.74 |
| 07/01/2020 | | Rent - July 2020 | 2,000.00 | | -1,500.74 |
| 07/09/2020 | Natasha N. Powell | ACH Payment (Reference #8D65-7870) | | 500.00 | -2,000.74 |
| 07/23/2020 | Natasha N. Powell | ACH Payment (Reference #9666-F4D0) | | 500.00 | -2,500.74 |
| 08/01/2020 | | Rent - August 2020 | 2,000.00 | | -500.74 |
| 08/06/2020 | Natasha N. Powell | ACH Payment (Reference #D62E-2590) | | 500.00 | -1,000.74 |
| 08/21/2020 | Natasha N. Powell | ACH Payment (Reference #5FEF-9240) | | 1,000.00 | -2,000.74 |
| 09/01/2020 | | Rent - September 2020 | 2,000.00 | | -0.74 |
| 09/04/2020 | Natasha N. Powell | ACH Payment (Reference #848E-0920) | | 1,000.00 | -1,000.74 |

## Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/18/2020 | Natasha N. Powell | ACH Payment (Reference #D703-82E0) | | 1,000.00 | -2,000.74 |
| 10/01/2020 | | Rent - October 2020 | 2,000.00 | | -0.74 |
| 10/02/2020 | Natasha N. Powell | ACH Payment (Reference #C146-3550) | | 600.00 | -600.74 |
| 10/16/2020 | Natasha N. Powell | ACH Payment (Reference #7978-78A0) | | 700.00 | -1,300.74 |
| 10/30/2020 | Natasha N. Powell | ACH Payment (Reference #CBFD-FD50) | | 700.00 | -2,000.74 |
| 11/01/2020 | | Rent - November 2020 | 2,000.00 | | -0.74 |
| 11/13/2020 | Natasha N. Powell | ACH Payment (Reference #7FE9-3800) | | 1,000.00 | -1,000.74 |
| 11/27/2020 | Natasha N. Powell | ACH Payment (Reference #9B5C-DAB0) | | 1,000.00 | -2,000.74 |
| 12/01/2020 | | Rent - December 2020 | 2,000.00 | | -0.74 |
| 12/11/2020 | Natasha N. Powell | ACH Payment (Reference #B9DD-82D0) | | 1,000.00 | -1,000.74 |
| 12/25/2020 | Natasha N. Powell | ACH Payment (Reference #DA51-0FC0) | | 1,000.00 | -2,000.74 |
| 01/01/2021 | | Rent - January 2021 | 2,000.00 | | -0.74 |
| 01/08/2021 | Natasha N. Powell | ACH Payment (Reference #2887-3C20) | | 1,000.00 | -1,000.74 |
| 01/22/2021 | Natasha N. Powell | ACH Payment (Reference #436C-7570) | | 199.26 | -1,200.00 |
| 02/01/2021 | | Rent - Owner concession | -800.00 | | -2,000.00 |
| 02/01/2021 | | Rent - February 2021 | 2,000.00 | | 0.00 |
| 02/05/2021 | Natasha N. Powell | ACH Payment (Reference #9707-C770) | | 800.00 | -800.00 |
| 02/19/2021 | Natasha N. Powell | ACH Payment (Reference #86E7-E330) | | 800.00 | -1,600.00 |
| 03/01/2021 | | Rent - Owner concession | -400.00 | | -2,000.00 |
| 03/01/2021 | | Rent - March 2021 | 2,000.00 | | 0.00 |
| 03/05/2021 | Natasha N. Powell | ACH Payment (Reference #6FAF-3CE0) | | 1,000.00 | -1,000.00 |
| 03/19/2021 | Natasha N. Powell | ACH Payment (Reference #C544-7BD0) | | 1,000.00 | -2,000.00 |
| 04/01/2021 | | Rent - April 2021 | 2,000.00 | | 0.00 |
| 04/02/2021 | Natasha N. Powell | ACH Payment (Reference #195A-6810) | | 700.00 | -700.00 |
| 04/16/2021 | Natasha N. Powell | ACH Payment (Reference #CFB2-F390) | | 700.00 | -1,400.00 |
| 04/30/2021 | Natasha N. Powell | ACH Payment (Reference #2661-F040) | | 600.00 | -2,000.00 |
| 05/01/2021 | | Rent - May 2021 | 2,000.00 | | 0.00 |
| 05/14/2021 | Natasha N. Powell | ACH Payment (Reference #4422-1860) | | 1,000.00 | -1,000.00 |
| 05/28/2021 | Natasha N. Powell | ACH Payment (Reference #C34D-F4F0) | | 1,000.00 | -2,000.00 |
| 06/01/2021 | | Rent - June 2021 | 2,000.00 | | 0.00 |
| 06/11/2021 | Natasha N. Powell | ACH Payment (Reference #4D0C-A250) | | 1,000.00 | -1,000.00 |
| 06/25/2021 | Natasha N. Powell | ACH Payment (Reference #D388-81C0) | | 1,050.00 | -2,050.00 |
| 07/01/2021 | | Rent - July 2021 | 2,000.00 | | -50.00 |
| 07/09/2021 | Natasha N. Powell | ACH Payment (Reference #B8FF-4070) | | 1,050.00 | -1,100.00 |
| 07/23/2021 | Natasha N. Powell | ACH Payment (Reference #A7FB-6AC0) | | 1,050.00 | -2,150.00 |
| 08/01/2021 | | Rent - August 2021 | 2,100.00 | | -50.00 |
| 08/01/2021 | | Tenant Renewal Fee - August 2021 | 50.00 | | 0.00 |
| 08/06/2021 | Natasha N. Powell | ACH Payment (Reference #954B-1520) | | 1,050.00 | -1,050.00 |
| 08/20/2021 | Natasha N. Powell | ACH Payment (Reference #802A-83B0) | | 1,050.00 | -2,100.00 |
| 09/01/2021 | | Rent - September 2021 | 2,100.00 | | 0.00 |
| 09/03/2021 | Natasha N. Powell | ACH Payment (Reference #D2D0-D080) | | 1,050.00 | -1,050.00 |
| 09/17/2021 | Natasha N. Powell | ACH Payment (Reference #EFEE-6600) | | 1,050.00 | -2,100.00 |
| 10/01/2021 | | Rent - October 2021 | 2,100.00 | | 0.00 |
| 10/01/2021 | Natasha N. Powell | ACH Payment (Reference #AAAB-6060) | | 700.00 | -700.00 |
| 10/15/2021 | Natasha N. Powell | ACH Payment (Reference #C7F3-B720) | | 700.00 | -1,400.00 |
| 10/29/2021 | Natasha N. Powell | ACH Payment (Reference #19E0-0F40) | | 700.00 | -2,100.00 |

# Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|--------:|---------:|--------:|
| 11/01/2021 | | Rent - November 2021 | 2,100.00 | | 0.00 |
| 11/12/2021 | Natasha N. Powell | ACH Payment (Reference #CA41-7750) | | 1,050.00 | -1,050.00 |
| 11/26/2021 | Natasha N. Powell | ACH Payment (Reference #E9F6-3BD0) | | 1,050.00 | -2,100.00 |
| 12/01/2021 | | Rent - December 2021 | 2,100.00 | | 0.00 |
| 12/14/2021 | Natasha N. Powell | ACH Payment (Reference #6D19-D5F0) | | 700.00 | -700.00 |
| 12/24/2021 | Natasha N. Powell | ACH Payment (Reference #25F8-DC30) | | 1,050.00 | -1,750.00 |
| 12/27/2021 | Natasha N. Powell | ACH Payment (Reference #97FD-2FF0) | | 350.00 | -2,100.00 |
| 01/01/2022 | | Rent - January 2022 | 2,100.00 | | 0.00 |
| 01/07/2022 | Natasha N. Powell | ACH Payment (Reference #4126-4A20) | | 1,050.00 | -1,050.00 |
| 01/21/2022 | Natasha N. Powell | ACH Payment (Reference #65DD-9450) | | 1,050.00 | -2,100.00 |
| 01/27/2022 | Natasha N. Powell | ACH Payment (Reference #5C30-76A0) Reversed by NSF | | 525.00 | -2,625.00 |
| 02/01/2022 | | Rent - February 2022 | 2,100.00 | | -525.00 |
| 02/01/2022 | Natasha N. Powell | NSF reversal receipt for Reference #5C30-76A0 | | -525.00 | 0.00 |
| 02/18/2022 | Natasha N. Powell | ACH Payment (Reference #3C09-38E0) | | 1,050.00 | -1,050.00 |
| 02/21/2022 | Natasha N. Powell | ACH Payment (Reference #FF8D-5B60) | | 350.00 | -1,400.00 |
| 02/27/2022 | Natasha N. Powell | ACH Payment (Reference #1529-AD70) | | 700.00 | -2,100.00 |
| 03/01/2022 | | Rent - March 2022 | 2,100.00 | | 0.00 |
| 03/04/2022 | Natasha N. Powell | ACH Payment (Reference #916F-9540) | | 700.00 | -700.00 |
| 03/31/2022 | Natasha N. Powell | ACH Payment (Reference #E72E-D960) | | 1,400.00 | -2,100.00 |
| 04/01/2022 | | Rent - April 2022 | 2,100.00 | | 0.00 |
| 04/15/2022 | Natasha N. Powell | ACH Payment (Reference #2168-81C0) | | 1,050.00 | -1,050.00 |
| 04/28/2022 | Natasha N. Powell | ACH Payment (Reference #24B0-7360) | | 1,050.00 | -2,100.00 |
| 05/01/2022 | | Rent - May 2022 | 2,100.00 | | 0.00 |
| 05/13/2022 | Natasha N. Powell | ACH Payment (Reference #F7F4-9160) | | 1,050.00 | -1,050.00 |
| 05/27/2022 | Natasha N. Powell | ACH Payment (Reference #4CA4-5A00) | | 1,050.00 | -2,100.00 |
| 06/01/2022 | | Rent - June 2022 | 2,100.00 | | 0.00 |
| 06/09/2022 | Natasha N. Powell | ACH Payment (Reference #D691-2780) | | 700.00 | -700.00 |
| 06/24/2022 | Natasha N. Powell | ACH Payment (Reference #1554-6120) | | 1,050.00 | -1,750.00 |
| 07/01/2022 | | Rent - July 2022 | 2,100.00 | | 350.00 |
| 07/01/2022 | Natasha N. Powell | Payment (Reference #9554) | | 350.00 | 0.00 |
| 07/21/2022 | Natasha N. Powell | ACH Payment (Reference #CDAC-4A50) | | 1,050.00 | -1,050.00 |
| 08/01/2022 | | Rent - August 2022 | 2,250.00 | | 1,200.00 |
| 08/01/2022 | | Tenant Renewal Fee - August 2022 | 50.00 | | 1,250.00 |
| 08/03/2022 | Natasha N. Powell | Payment (Reference #8911) | | 1,000.00 | 250.00 |
| 08/03/2022 | Natasha N. Powell | Payment (Reference #8922) | | 175.00 | 75.00 |
| 08/03/2022 | Natasha N. Powell | ACH Payment (Reference #DE22-7950) | | 75.00 | 0.00 |
| 08/26/2022 | Natasha N. Powell | ACH Payment (Reference #5C46-82E0) | | 400.00 | -400.00 |
| 09/01/2022 | | Rent - September 2022 | 2,250.00 | | 1,850.00 |
| 09/01/2022 | Natasha N. Powell | ACH Payment (Reference #EA7E-2810) | | 1,050.00 | 800.00 |
| 09/01/2022 | Natasha N. Powell | ACH Payment (Reference #EF8B-E260) | | 100.00 | 700.00 |
| 09/02/2022 | Natasha N. Powell | Payment (Reference #7921) | | 700.00 | 0.00 |
| 09/15/2022 | Natasha N. Powell | ACH Payment (Reference #C75F-3E00) | | 550.00 | -550.00 |
| 09/15/2022 | Natasha N. Powell | ACH Payment (Reference #C7F1-4470) | | 150.00 | -700.00 |
| 09/21/2022 | Natasha N. Powell | ACH Payment (Reference #25C1-0100) | | 1,000.00 | -1,700.00 |
| 10/01/2022 | | Rent - October 2022 | 2,250.00 | | 550.00 |
| 10/03/2022 | Natasha N. Powell | Credit Card Payment (Reference #D22D-6130) Payment | | 251.00 | 299.00 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| | | reversed on 11/18/2022 | | | |
| 10/03/2022 | Natasha N. Powell | ACH Payment (Reference #8E2F-4830) | | 299.00 | 0.00 |
| 10/12/2022 | Natasha N. Powell | ACH Payment (Reference #1871-8440) | | 800.00 | -800.00 |
| 10/24/2022 | | Late Fee - fraud partial payment Oct. | 225.00 | | -575.00 |
| 10/24/2022 | | Late Fee - One time grace | -225.00 | | -800.00 |
| 10/26/2022 | Natasha N. Powell | ACH Payment (Reference #8677-0460) | | 1,450.00 | -2,250.00 |
| 11/01/2022 | | Rent - November 2022 | 2,250.00 | | 0.00 |
| 11/09/2022 | Natasha N. Powell | ACH Payment (Reference #8B27-0EA0) | | 625.00 | -625.00 |
| 11/18/2022 | Natasha N. Powell | Chargeback Reversal receipt for Reference #D22D-6130 on 11/18/2022 | | -251.00 | -374.00 |
| 11/22/2022 | Natasha N. Powell | Payment (Reference #7320) | | 251.00 | -625.00 |
| 11/23/2022 | Natasha N. Powell | ACH Payment (Reference #BF28-2AB0) | | 900.00 | -1,525.00 |
| 11/30/2022 | Natasha N. Powell | ACH Payment (Reference #7841-B160) | | 265.00 | -1,790.00 |
| 11/30/2022 | Natasha N. Powell | ACH Payment (Reference #056F-5490) | | 120.00 | -1,910.00 |
| 12/01/2022 | | Rent - December 2022 | 2,250.00 | | 340.00 |
| 12/01/2022 | Natasha N. Powell | ACH Payment (Reference #DDA2-F320) | | 170.00 | 170.00 |
| 12/02/2022 | Natasha N. Powell | ACH Payment (Reference #D444-A270) | | 170.00 | 0.00 |
| 12/07/2022 | Natasha N. Powell | ACH Payment (Reference #9850-3230) | | 500.00 | -500.00 |
| 12/21/2022 | Natasha N. Powell | ACH Payment (Reference #EE42-B660) | | 900.00 | -1,400.00 |
| 12/21/2022 | Natasha N. Powell | ACH Payment (Reference #1BB2-4450) | | 100.00 | -1,500.00 |
| 01/01/2023 | | Rent - January 2023 | 2,250.00 | | 750.00 |
| 01/02/2023 | Natasha N. Powell | ACH Payment (Reference #D5E1-8550) | | 260.00 | 490.00 |
| 01/03/2023 | Natasha N. Powell | ACH Payment (Reference #D8D2-0A80) | | 490.00 | 0.00 |
| 01/18/2023 | Natasha N. Powell | ACH Payment (Reference #1E23-E800) | | 500.00 | -500.00 |
| 02/01/2023 | | Rent - February 2023 | 2,250.00 | | 1,750.00 |
| 02/01/2023 | Natasha N. Powell | ACH Payment (Reference #26CC-B970) | | 1,000.00 | 750.00 |
| 02/03/2023 | Natasha N. Powell | Credit Card Payment (Reference #C6BA-9210) | | 135.00 | 615.00 |
| 02/03/2023 | Natasha N. Powell | ACH Payment (Reference #4F63-4FC0) | | 615.00 | 0.00 |
| 02/15/2023 | Natasha N. Powell | ACH Payment (Reference #23A1-2D00) | | 1,000.00 | -1,000.00 |
| 03/01/2023 | | Rent - March 2023 | 2,250.00 | | 1,250.00 |
| 03/01/2023 | Natasha N. Powell | ACH Payment (Reference #9F95-9A30) | | 1,250.00 | 0.00 |
| 03/15/2023 | Natasha N. Powell | ACH Payment (Reference #99EF-B7F0) | | 600.00 | -600.00 |
| 03/25/2023 | Natasha N. Powell | ACH Payment (Reference #246E-7350) | | 500.00 | -1,100.00 |
| 03/29/2023 | Natasha N. Powell | ACH Payment (Reference #9C38-2D60) | | 1,150.00 | -2,250.00 |
| 04/01/2023 | | Rent - April 2023 | 2,250.00 | | 0.00 |
| 04/12/2023 | Natasha N. Powell | ACH Payment (Reference #2426-0DB0) | | 950.00 | -950.00 |
| 04/26/2023 | Natasha N. Powell | ACH Payment (Reference #A1C1-0C80) | | 1,300.00 | -2,250.00 |
| 05/01/2023 | | Rent - May 2023 | 2,250.00 | | 0.00 |
| 05/10/2023 | Natasha N. Powell | ACH Payment (Reference #40EB-8BF0) | | 1,000.00 | -1,000.00 |
| 05/24/2023 | Natasha N. Powell | ACH Payment (Reference #1749-9550) | | 1,250.00 | -2,250.00 |
| 06/01/2023 | | Rent - June 2023 | 2,250.00 | | 0.00 |
| 06/10/2023 | Natasha N. Powell | ACH Payment (Reference #488D-B300) | | 1,000.00 | -1,000.00 |
| 06/21/2023 | Natasha N. Powell | ACH Payment (Reference #49F2-4B80) | | 1,250.00 | -2,250.00 |
| 07/01/2023 | | Rent - July 2023 | 2,250.00 | | 0.00 |
| 07/12/2023 | Natasha N. Powell | ACH Payment (Reference #A98F-8D40) | | 550.00 | -550.00 |
| 07/25/2023 | Natasha N. Powell | ACH Payment (Reference #2BCE-53A0) | | 610.00 | -1,160.00 |
| 08/01/2023 | | Rent - August 2023 | 2,410.00 | | 1,250.00 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|--------:|---------:|--------:|
| 08/01/2023 | | Tenant Renewal Fee - August 2023 | 50.00 | | 1,300.00 |
| 08/02/2023 | Natasha N. Powell | ACH Payment (Reference #CF9F-1A80) | | 1,300.00 | 0.00 |
| 08/16/2023 | Natasha N. Powell | ACH Payment (Reference #70C7-6FF0) | | 810.00 | -810.00 |
| 08/30/2023 | Natasha N. Powell | ACH Payment (Reference #9BC3-C380) | | 1,600.00 | -2,410.00 |
| 09/01/2023 | | Rent - September 2023 | 2,410.00 | | 0.00 |
| 09/17/2023 | Natasha N. Powell | ACH Payment (Reference #32D9-6400) | | 300.00 | -300.00 |
| 09/27/2023 | Natasha N. Powell | ACH Payment (Reference #7CB9-F830) | | 2,110.00 | -2,410.00 |
| 10/01/2023 | | Rent - October 2023 | 2,410.00 | | 0.00 |
| 10/24/2023 | Natasha N. Powell | ACH Payment (Reference #12F7-D410) | | 2,000.00 | -2,000.00 |
| 10/27/2023 | Natasha N. Powell | ACH Payment (Reference #3D41-7660) | | 410.00 | -2,410.00 |
| 11/01/2023 | | Rent - November 2023 | 2,410.00 | | 0.00 |
| 11/22/2023 | Natasha N. Powell | ACH Payment (Reference #CFCB-4750) | | 810.00 | -810.00 |
| 11/24/2023 | Natasha N. Powell | ACH Payment (Reference #29BD-1260) Reversed by NSF | | 600.00 | -1,410.00 |
| 11/28/2023 | Natasha N. Powell | ACH Payment (Reference #EE23-33F0) | | 450.00 | -1,860.00 |
| 11/29/2023 | Natasha N. Powell | NSF reversal receipt for Reference #29BD-1260 | | -600.00 | -1,260.00 |
| 11/29/2023 | | Returned Item Fee/ NSF - NSF Fee | 30.00 | | -1,230.00 |
| 12/01/2023 | | Rent - December 2023 | 2,410.00 | | 1,180.00 |
| 12/03/2023 | Natasha N. Powell | ACH Payment (Reference #B673-8430) Reversed by NSF | | 1,180.00 | 0.00 |
| 12/04/2023 | | Late Fee - Late Fee for Dec 2023 | 241.00 | | 241.00 |
| 12/06/2023 | Natasha N. Powell | Credit Card Payment (Reference #E6F0-90E0) | | 1,210.00 | -969.00 |
| 12/07/2023 | Natasha N. Powell | NSF reversal receipt for Reference #B673-8430 | | -1,180.00 | 211.00 |
| 12/07/2023 | | Returned Item Fee/ NSF - NSF Fee | 59.00 | | 270.00 |
| 01/01/2024 | | Rent - January 2024 | 2,410.00 | | 2,680.00 |
| 01/03/2024 | Natasha N. Powell | Payment (Reference #7407) | | 500.00 | 2,180.00 |
| 01/03/2024 | Natasha N. Powell | Payment (Reference #7403) | | 500.00 | 1,680.00 |
| 01/03/2024 | Natasha N. Powell | Payment (Reference #7404) | | 500.00 | 1,180.00 |
| 01/03/2024 | Natasha N. Powell | Payment (Reference #7405) | | 500.00 | 680.00 |
| 01/03/2024 | Natasha N. Powell | Payment (Reference #7406) | | 500.00 | 180.00 |
| 01/03/2024 | Natasha N. Powell | Payment (Reference #7408) | | 180.00 | 0.00 |
| 02/01/2024 | | Rent - February 2024 | 2,410.00 | | 2,410.00 |
| 02/02/2024 | Natasha N. Powell | Payment (Reference #1009) | | 500.00 | 1,910.00 |
| 02/02/2024 | Natasha N. Powell | Payment (Reference #1007) | | 500.00 | 1,410.00 |
| 02/02/2024 | Natasha N. Powell | Payment (Reference #1010) | | 500.00 | 910.00 |
| 02/02/2024 | Natasha N. Powell | Payment (Reference #1008) | | 500.00 | 410.00 |
| 02/02/2024 | Natasha N. Powell | Payment (Reference #2751) | | 400.00 | 10.00 |
| 02/02/2024 | Natasha N. Powell | Payment (Reference #7566) | | 10.00 | 0.00 |
| 03/01/2024 | | Rent - March 2024 | 2,410.00 | | 2,410.00 |
| 03/01/2024 | Natasha N. Powell | Payment (Reference #1462) | | 1,000.00 | 1,410.00 |
| 03/01/2024 | Natasha N. Powell | Payment (Reference #1451) | | 1,000.00 | 410.00 |
| 03/01/2024 | Natasha N. Powell | Payment (Reference #1473) | | 410.00 | 0.00 |
| 04/01/2024 | | Rent - April 2024 | 2,410.00 | | 2,410.00 |
| 04/02/2024 | Natasha N. Powell | Payment (Reference #0517) | | 1,000.00 | 1,410.00 |
| 04/02/2024 | Natasha N. Powell | Payment (Reference #0506) | | 1,000.00 | 410.00 |
| 04/02/2024 | Natasha N. Powell | Payment (Reference #0495) | | 410.00 | 0.00 |
| 05/01/2024 | | Rent - May 2024 | 2,410.00 | | 2,410.00 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 05/01/2024 | Natasha N. Powell | Payment (Reference #3318) | | 1,000.00 | 1,410.00 |
| 05/01/2024 | Natasha N. Powell | Payment (Reference #3320) | | 1,000.00 | 410.00 |
| 05/01/2024 | Natasha N. Powell | Payment (Reference #3331) | | 410.00 | 0.00 |
| 06/01/2024 | | Rent - June 2024 | 2,410.00 | | 2,410.00 |
| 06/03/2024 | Natasha N. Powell | Payment (Reference #4323) | | 500.00 | 1,910.00 |
| 06/03/2024 | Natasha N. Powell | Payment (Reference #4322) | | 500.00 | 1,410.00 |
| 06/03/2024 | Natasha N. Powell | Payment (Reference #4321) | | 500.00 | 910.00 |
| 06/03/2024 | Natasha N. Powell | Payment (Reference #4320) | | 500.00 | 410.00 |
| 06/03/2024 | Natasha N. Powell | Payment (Reference #4324) | | 410.00 | 0.00 |
| 07/01/2024 | | Rent - July 2024 | 2,410.00 | | 2,410.00 |
| 07/02/2024 | Natasha N. Powell | Payment (Reference #9349) | | 500.00 | 1,910.00 |
| 07/02/2024 | Natasha N. Powell | Payment (Reference #7690) | | 500.00 | 1,410.00 |
| 07/02/2024 | Natasha N. Powell | Payment (Reference #9350) | | 500.00 | 910.00 |
| 07/02/2024 | Natasha N. Powell | Payment (Reference #4998) | | 700.00 | 210.00 |
| 07/02/2024 | Natasha N. Powell | Payment (Reference #7691) | | 200.00 | 10.00 |
| 07/02/2024 | Natasha N. Powell | Payment (Reference #9351) | | 10.00 | 0.00 |
| 08/01/2024 | | Rent - August 2024 | 2,580.00 | | 2,580.00 |
| 08/01/2024 | | Tenant Renewal Fee - August 2024 | 50.00 | | 2,630.00 |
| 08/02/2024 | Natasha N. Powell | Payment (Reference #2296) | | 1,000.00 | 1,630.00 |
| 08/02/2024 | Natasha N. Powell | Payment (Reference #2285) | | 1,000.00 | 630.00 |
| 08/02/2024 | Natasha N. Powell | Payment (Reference #2307) | | 600.00 | 30.00 |
| 08/02/2024 | Natasha N. Powell | Payment (Reference #3627) | | 30.00 | 0.00 |
| 08/29/2024 | Natasha N. Powell | Credit Card Payment (Reference #87CD-4B90) | | 2,580.00 | -2,580.00 |
| 09/01/2024 | | Rent - September 2024 | 2,580.00 | | 0.00 |
| 09/23/2024 | Natasha N. Powell | ACH Payment (Reference #C1D3-BC60) | | 2,580.00 | -2,580.00 |
| 10/01/2024 | | Rent - October 2024 | 2,580.00 | | 0.00 |
| 10/03/2024 | Natasha N. Powell | ACH Payment (Reference #278A-B140) | | 1,080.00 | -1,080.00 |
| 10/29/2024 | Natasha N. Powell | Credit Card Payment (Reference #0ECA-7E80) | | 1,500.00 | -2,580.00 |
| 11/01/2024 | | Rent - November 2024 | 2,580.00 | | 0.00 |
| 11/26/2024 | Natasha N. Powell | ACH Payment (Reference #9CFE-DEB0) | | 2,580.00 | -2,580.00 |
| 12/01/2024 | | Rent - December 2024 | 2,580.00 | | 0.00 |
| 12/26/2024 | Natasha N. Powell | ACH Payment (Reference #DED6-F0F0) | | 2,580.00 | -2,580.00 |
| 01/01/2025 | | Rent - January 2025 | 2,580.00 | | 0.00 |
| 01/27/2025 | Natasha N. Powell | ACH Payment (Reference #1244-E300) | | 2,580.00 | -2,580.00 |
| 02/01/2025 | | Rent - February 2025 | 2,580.00 | | 0.00 |
| 02/22/2025 | Natasha N. Powell | ACH Payment (Reference #DE86-2050) | | 2,580.00 | -2,580.00 |
| 03/01/2025 | | Rent - March 2025 | 2,580.00 | | 0.00 |
| 04/01/2025 | | Rent - April 2025 | 2,580.00 | | 2,580.00 |
| 04/04/2025 | | Late Fee - Late Fee for Apr 2025 | 258.00 | | 2,838.00 |
| 04/14/2025 | Natasha N. Powell | Payment (Reference #0364) | | 1,000.00 | 1,838.00 |
| 04/14/2025 | Natasha N. Powell | Payment (Reference #0362) | | 1,000.00 | 838.00 |
| 04/14/2025 | Natasha N. Powell | Payment (Reference #8769) | | 380.00 | 458.00 |
| 04/14/2025 | Natasha N. Powell | Payment (Reference #0363) | | 300.00 | 158.00 |
| 04/14/2025 | Natasha N. Powell | Payment (Reference #0365) | | 140.00 | 18.00 |
| 04/14/2025 | Natasha N. Powell | Credit Card Payment (Reference #3791-D180) | | 18.00 | 0.00 |
| 04/28/2025 | Natasha N. Powell | ACH Payment (Reference #F6E0-E700) | | 2,580.00 | -2,580.00 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|--------:|---------:|--------:|
| 05/01/2025 | | Rent - May 2025 | 2,580.00 | | 0.00 |
| 06/01/2025 | | Rent - June 2025 | 2,580.00 | | 2,580.00 |
| 06/03/2025 | Natasha N. Powell | Credit Card Payment (Reference #D961-E480) | | 1,630.00 | 950.00 |
| 06/04/2025 | | Late Fee - Late Fee for Jun 2025 | 258.00 | | 1,208.00 |
| 06/06/2025 | Natasha N. Powell | Payment (Reference #8659) | | 1,000.00 | 208.00 |
| 06/06/2025 | Natasha N. Powell | Payment (Reference #8660) | | 210.00 | -2.00 |
| 07/01/2025 | | Rent - July 2025 | 2,580.00 | | 2,578.00 |
| 07/04/2025 | | Late Fee - Late Fee for Jul 2025 | 258.00 | | 2,836.00 |
| 07/14/2025 | Natasha N. Powell | Payment (Reference #1506) | | 1,000.00 | 1,836.00 |
| 07/14/2025 | Natasha N. Powell | Payment (Reference #1507) | | 1,000.00 | 836.00 |
| 07/14/2025 | Natasha N. Powell | Payment (Reference #1508) | | 840.00 | -4.00 |
| 08/01/2025 | | Rent - August 2025 | 2,660.00 | | 2,656.00 |
| 08/01/2025 | | Tenant Renewal Fee - August 2025 | 50.00 | | 2,706.00 |
| 08/04/2025 | | Late Fee - Late Fee for Aug 2025 | 266.00 | | 2,972.00 |
| 08/15/2025 | Natasha N. Powell | Payment (Reference #5449) | | 1,000.00 | 1,972.00 |
| 08/15/2025 | Natasha N. Powell | Payment (Reference #5450) | | 1,000.00 | 972.00 |
| 08/15/2025 | Natasha N. Powell | Payment (Reference #5451) | | 972.00 | 0.00 |
| 09/01/2025 | | Rent - September 2025 | 2,660.00 | | 2,660.00 |
| 09/04/2025 | Natasha N. Powell | ACH Payment (Reference #9ACD-D9A0) Reversed by NSF | | 2,660.00 | 0.00 |
| 09/04/2025 | | Late Fee - Late Fee for Sep 2025 | 266.00 | | 266.00 |
| 09/09/2025 | Natasha N. Powell | - wrong account # NSF reversal receipt for Reference #9ACD-D9A0 | | -2,660.00 | 2,926.00 |
| 09/16/2025 | | Demand posting - notice on door - Demand Notice Posted to Door | 100.00 | | 3,026.00 |
| 09/22/2025 | | Dispo/Legal Fee - Dispo Action | 450.00 | | 3,476.00 |
| 09/22/2025 | | Dispo/Legal Fee - Dispo Admin | 200.00 | | 3,676.00 |
| 09/25/2025 | | Legal & Accounting Expense - Filing Fee | 120.38 | | 3,796.38 |
| 10/01/2025 | | Rent - October 2025 | 2,660.00 | | 6,456.38 |
| 10/04/2025 | | Late Fee - Late Fee for Oct 2025 | 266.00 | | 6,722.38 |
| 11/01/2025 | | Rent - November 2025 | 2,660.00 | | 9,382.38 |
| 11/04/2025 | | Late Fee - Late Fee for Nov 2025 | 266.00 | | 9,648.38 |
| 12/01/2025 | | Rent - December 2025 | 2,660.00 | | 12,308.38 |
| 12/04/2025 | | Late Fee - Late Fee for Dec 2025 | 266.00 | | 12,574.38 |
| 01/01/2026 | | Rent - January 2026 | 2,660.00 | | 15,234.38 |
| 01/04/2026 | | Late Fee - Late Fee for Jan 2026 | 266.00 | | 15,500.38 |

**Total**                                                                 **15,500.38**