Case 25-62420-jwj    Doc 35    Filed 03/09/26    Entered 03/09/26 13:59:52    Desc Main
Document      Page 1 of 5



**IT IS ORDERED as set forth below:**

**Date: March 9, 2026**

_____
**Jonathan W. Jordan
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Natasha Nicole Powell<br><br>**Debtor(s)**. | CASE NO. 25-62420-jwj<br>CHAPTER 13 |
| Platinum Property Management Services, Inc. a/a/f METRO ZEN LLC<br><br>**Movant**<br><br>v.<br><br>Natasha Nicole Powell, Debtor(s); and Nancy J. Whaley, Trustee<br>**Respondents**. | Judge Jeffery W. Cavender<br><br>CONTESTED MATTER |

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 31], as filed on January 14, 2025. A hearing was scheduled on Movant's Motion on January 28, 2025. Prior to said hearing, Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced to the Court.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated August 1 2025, at a rate of $2660.00 per month, plus other amounts accruing thereunder (hereinafter, the "Lease").  The Lease is executed by Natasha Nicole Powell, relative to certain property known as 4755 Agate Drive, Alpharetta, GA 30022, (hereinafter, the "Property").  A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including post-petition default for failure to pay rent for November 2025, December 2025, and January 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through February 2026, representing rent and late fees accruing under the terms of the Lease, shall be paid as follows to Movant: $8,778.00 by February 11, 2026; and $2,700.00, consisting of February rent, to be paid by February 14, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's address, located at 212 Kelly Mill Rd, Cumming, GA 30040 or to such address or payment method as may be hereafter designated. Failure to tender the above-described payments shall entitle Movant to an order lifting the stay under §§362(a),(d) to allow it

to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning <u>March 1, 2026</u>. Should Debtor default on said regular rental payments which come due according to the Lease through its term of <u>July 31, 2026</u>, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay as to the Property under §§362(a),(d) without further notice or hearing.

**[END OF DOCUMENT]**

<div style="display: flex;">
<div>

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

</div>
<div>

/s/ Winn Keathley [by exp. perm.]
Winn Keathley
GA Bar # 687409
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303
*Attorneys for Debtor*

Seen and No Opposition:

/s/ Maria C. Joyner  [by exp. perm.]
Maria C. Joyner
GA Bar # 118350
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave
Atlanta, GA 30303

</div>
</div>

Distribution List:

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303
*Trustee*

Natasha Nicole Powell, Debtor
4755 Agate Dr
Alpharetta GA 30022