

# EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Natasha Powell | 15-Jan-2026 | Semimonthly | 4755 Agate Dr |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Johns Creek, GA 30022 |
| 90000012841 | 1-Jan-2026 | 15-Jan-2026 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 2-Jun-2025 | 75,000.00 | Recruiter | |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $3,136.50 | $3,136.50 |
| Non-cash Compensation | $11.50 | $11.50 |
| Pretax Deductions | $504.62 | $504.62 |
| Employee Tax Deductions | $400.61 | $400.61 |
| Involuntary Deductions | $730.00 | $730.00 |
| Voluntary Deductions | $86.15 | $86.15 |
| Net Payment | $1,403.62 | $1,403.62 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Pretax Deductions** | | |
| Holiday Pay | $284.09 | $284.09 | Dental EE - RSP | $43.00 | $43.00 |
| II Life and AD and D | $11.50 | $11.50 | FSA - General without HSA | $50.00 | $50.00 |
| Reg Salary | $2,840.91 | $2,840.91 | Medical EE - RSP | $372.00 | $372.00 |
| Totals | $3,136.50 | $3,136.50 | Savings 401k | $31.37 | $31.37 |
| **Tax Deductions** | | | Vision EE - GCP | $8.25 | $8.25 |
| Social Security Employee Withheld | $165.12 | $165.12 | Totals | $504.62 | $504.62 |
| FIT Withheld | $120.83 | $120.83 | **Other Deductions** | | |
| Medicare Employee Withheld | $38.62 | $38.62 | Savings 401k Roth | $31.37 | $31.37 |
| SIT Withheld (GA) | $76.04 | $76.04 | TNET Bankruptcy Order | $730.00 | $730.00 |
| Totals | $400.61 | $400.61 | Accident | $11.57 | $11.57 |
| **Employer Liabilities** | | | Critical Illness | $9.40 | $9.40 |
| Dental Contrib - RSP | $46.73 | $46.73 | Dependent Life | $0.74 | $0.74 |
| Life and ADD Contrib | $4.50 | $4.50 | Hospital Indemnity | $25.03 | $25.03 |
| Long-Term Disability Contrib | $6.66 | $6.66 | Spouse Partner Life | $2.96 | $2.96 |
| Medical Contrib - RSP | $1,233.87 | $1,233.87 | Supplemental AD and D | $1.25 | $1.25 |
| Savings 401k Employer Match | $31.37 | $31.37 | Supplemental Life | $3.83 | $3.83 |
| Savings 401k Roth Employer Match | $31.37 | $31.37 | Totals | $816.15 | $816.15 |
| Short-Term Disability Contrib | $13.84 | $13.84 | | | |
| Vision Contrib - GCP | $0.40 | $0.40 | | | |
| Totals | $1,368.74 | $1,368.74 | | | |

### Accrual Hours

| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
|---|---|---|---|---|---|---|
| Civic Duty Time Off | 0 | 24 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 0 | 8 | 0 | 8 | 0 | 8 |
| Paid Time Off | 0 | 85.78 | 0 | 85.78 | 0 | 85.78 |
| Sick/Family Care | 0 | 48 | 0 | 48 | 0 | 48 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 3170602978 | | | XXXXXX9160 | USD | $20.00 |
| 3170602992 | | | XXXXXX2101 | USD | $5.00 |
| 3170603028 | | | XXXXXX2042 | USD | $10.00 |
| 3170603046 | | | XXXXXX1585 | USD | $1,368.62 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | $2,500.00 | $0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|

Page: 1 of 2



**EARNINGS STATEMENT**

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| GA | Married Filing Separately or Jointly with Both Working | | $0.00 |
|---|---|---|---|

Page: 2 of 2



# EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Natasha Powell | 30-Jan-2026 | Semimonthly | 4755 Agate Dr |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Johns Creek, GA 30022 |
| 90000012841 | 16-Jan-2026 | 31-Jan-2026 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 2-Jun-2025 | 75,000.00 | Recruiter | |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $3,136.50 | $6,273.00 |
| Non-cash Compensation | $11.50 | $23.00 |
| Pretax Deductions | $504.62 | $1,009.24 |
| Employee Tax Deductions | $400.60 | $801.21 |
| Involuntary Deductions | $730.00 | $1,460.00 |
| Voluntary Deductions | $86.15 | $172.30 |
| Net Payment | $1,403.63 | $2,807.25 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Pretax Deductions** | | |
| Holiday Pay | $284.09 | $568.18 | Dental EE - RSP | $43.00 | $86.00 |
| II Life and AD and D | $11.50 | $23.00 | FSA - General without HSA | $50.00 | $100.00 |
| Reg Salary | $2,840.91 | $5,681.82 | Medical EE - RSP | $372.00 | $744.00 |
| Totals | $3,136.50 | $6,273.00 | Savings 401k | $31.37 | $62.74 |
| **Tax Deductions** | | | Vision EE - GCP | $8.25 | $16.50 |
| Social Security Employee Withheld | $165.12 | $330.24 | Totals | $504.62 | $1,009.24 |
| FIT Withheld | $120.83 | $241.66 | **Other Deductions** | | |
| Medicare Employee Withheld | $38.61 | $77.23 | Savings 401k Roth | $31.37 | $62.74 |
| SIT Withheld (GA) | $76.04 | $152.08 | TNET Bankruptcy Order | $730.00 | $1,460.00 |
| Totals | $400.60 | $801.21 | Accident | $11.57 | $23.14 |
| **Employer Liabilities** | | | Critical Illness | $9.40 | $18.80 |
| Dental Contrib - RSP | $46.73 | $93.46 | Dependent Life | $0.74 | $1.48 |
| Life and ADD Contrib | $4.50 | $9.00 | Hospital Indemnity | $25.03 | $50.06 |
| Long-Term Disability Contrib | $6.66 | $13.32 | Spouse Partner Life | $2.96 | $5.92 |
| Medical Contrib - RSP | $1,233.87 | $2,467.74 | Supplemental AD and D | $1.25 | $2.50 |
| Savings 401k Employer Match | $31.37 | $62.74 | Supplemental Life | $3.83 | $7.66 |
| Savings 401k Roth Employer Match | $31.37 | $62.74 | Totals | $816.15 | $1,632.30 |
| Short-Term Disability Contrib | $13.84 | $27.68 | | | |
| Vision Contrib - GCP | $0.40 | $0.80 | | | |
| Totals | $1,368.74 | $2,737.48 | | | |

### Accrual Hours

| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
|---|---|---|---|---|---|---|
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 85.78 | 5.75 | 0 | 91.54 | 0 | 91.54 |
| Sick/Family Care | 48 | 0 | 0 | 48 | 0 | 48 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 3184667603 | | | XXXXXX9160 | USD | $20.00 |
| 3184667644 | | | XXXXXX2101 | USD | $5.00 |
| 3184667695 | | | XXXXXX2042 | USD | $10.00 |
| 3184667773 | | | XXXXXX1585 | USD | $1,368.63 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | $2,500.00 | $0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|

Page: 1 of 2



**EARNINGS STATEMENT**

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| | | | |
|---|---|---|---|
| GA | Married Filing Separately or Jointly with Both Working | | $0.00 |

Page: 2 of 2



# EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Natasha Powell | 13-Feb-2026 | Semimonthly | 4755 Agate Dr |
| Person Number | Pay Period Start Date | Pay Period End Date | Johns Creek, GA 30022 |
| 90000012841 | 1-Feb-2026 | 15-Feb-2026 | US |
| Hire Date | Base Hourly/Salary | Job Title | |
| 2-Jun-2025 | 75,000.00 | Recruiter | |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $3,136.50 | $9,409.50 |
| Non-cash Compensation | $11.50 | $34.50 |
| Pretax Deductions | $504.62 | $1,513.86 |
| Employee Tax Deductions | $400.61 | $1,201.82 |
| Involuntary Deductions | $730.00 | $2,190.00 |
| Voluntary Deductions | $86.15 | $258.45 |
| Net Payment | $1,403.62 | $4,210.87 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Holiday Pay | $0.00 | $568.18 | Sick Time Off Payment Hours | 16.00 | 16.00 |
| Il Life and AD and D | $11.50 | $34.50 | Totals | 16.00 | 16.00 |
| Reg Salary | $2,500.00 | $8,181.82 | **Pretax Deductions** | | |
| Totals | $2,511.50 | $8,784.50 | Dental EE - RSP | $43.00 | $129.00 |
| **Absences** | | | FSA - General without HSA | $50.00 | $150.00 |
| Sick Time Off Payment | $625.00 | $625.00 | Medical EE - RSP | $372.00 | $1,116.00 |
| Totals | $625.00 | $625.00 | Savings 401k | $31.37 | $94.11 |
| **Tax Deductions** | | | Vision EE - GCP | $8.25 | $24.75 |
| Social Security Employee Withheld | $165.12 | $495.36 | Totals | $504.62 | $1,513.86 |
| FIT Withheld | $120.83 | $362.49 | **Other Deductions** | | |
| Medicare Employee Withheld | $38.62 | $115.85 | Savings 401k Roth | $31.37 | $94.11 |
| SIT Withheld (GA) | $76.04 | $228.12 | TNET Bankruptcy Order | $730.00 | $2,190.00 |
| Totals | $400.61 | $1,201.82 | Accident | $11.57 | $34.71 |
| **Employer Liabilities** | | | Critical Illness | $9.40 | $28.20 |
| Dental Contrib - RSP | $46.73 | $140.19 | Dependent Life | $0.74 | $2.22 |
| Life and ADD Contrib | $4.50 | $13.50 | Hospital Indemnity | $25.03 | $75.09 |
| Long-Term Disability Contrib | $6.66 | $19.98 | Spouse Partner Life | $2.96 | $8.88 |
| Medical Contrib - RSP | $1,233.87 | $3,701.61 | Supplemental AD and D | $1.25 | $3.75 |
| Savings 401k Employer Match | $31.37 | $94.11 | Supplemental Life | $3.83 | $11.49 |
| Savings 401k Roth Employer Match | $31.37 | $94.11 | Totals | $816.15 | $2,448.45 |
| Short-Term Disability Contrib | $13.84 | $41.52 | | | |
| Vision Contrib - GCP | $0.40 | $1.20 | | | |
| Totals | $1,368.74 | $4,106.22 | | | |

### Hours and Earnings Summary

| Description | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|
| Sick Time Off Earnings Results | 16 | Hours | 39.06 | 1 | $625.000 |

### Accrual Hours

| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
|---|---|---|---|---|---|---|
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 91.54 | 5.23 | 0 | 96.77 | 0 | 96.77 |
| Sick/Family Care | 48 | 0 | 16 | 48 | 16 | 32 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 3199293744 | | | XXXXXX9160 | USD | $5.00 |
| 3199293784 | | | XXXXX2101 | USD | $5.00 |
| 3199293811 | | | XXXXX2042 | USD | $5.00 |

Page: 1 of 2



**EARNINGS STATEMENT**

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| 3199293839 | | | XXXXXX4136 | USD | $1,388.62 |
|---|---|---|---|---|---|
| **Tax Withholding Information** | | | | | |
| **Type** | **Marital Status** | | **Total Dependent Amount** | | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | | $2,500.00 | | $0.00 |
| **Tax Withholding Information** | | | | | |
| **Type** | **Marital Status** | | **Exemptions** | | **Additional Amount** |
| GA | Married Filing Separately or Jointly with Both Working | | | | $0.00 |

Page: 2 of 2



# EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Natasha Powell | 27-Feb-2026 | Semimonthly | 4755 Agate Dr |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Johns Creek, GA 30022 |
| 90000012841 | 16-Feb-2026 | 28-Feb-2026 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 2-Jun-2025 | 75,000.00 | Recruiter | |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $3,136.50 | $12,546.00 |
| Non-cash Compensation | $11.50 | $46.00 |
| Pretax Deductions | $504.62 | $2,018.48 |
| Employee Tax Deductions | $400.62 | $1,602.44 |
| Involuntary Deductions | $730.00 | $2,920.00 |
| Voluntary Deductions | $86.15 | $344.60 |
| Net Payment | $1,403.61 | $5,614.48 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Holiday Pay | $312.50 | $880.68 | Sick Time Off Payment Hours | 0.00 | 16.00 |
| II Life and AD and D | $11.50 | $46.00 | Totals | 0.00 | 16.00 |
| Reg Salary | $2,812.50 | $10,994.32 | **Pretax Deductions** | | |
| Totals | $3,136.50 | $11,921.00 | Dental EE - RSP | $43.00 | $172.00 |
| **Absences** | | | FSA - General without HSA | $50.00 | $200.00 |
| Sick Time Off Payment | $0.00 | $625.00 | Medical EE - RSP | $372.00 | $1,488.00 |
| Totals | $0.00 | $625.00 | Savings 401k | $31.37 | $125.48 |
| **Tax Deductions** | | | Vision EE - GCP | $8.25 | $33.00 |
| Social Security Employee Withheld | $165.13 | $660.49 | Totals | $504.62 | $2,018.48 |
| FIT Withheld | $120.83 | $483.32 | **Other Deductions** | | |
| Medicare Employee Withheld | $38.62 | $154.47 | Savings 401k Roth | $31.37 | $125.48 |
| SIT Withheld (GA) | $76.04 | $304.16 | TNET Bankruptcy Order | $730.00 | $2,920.00 |
| Totals | $400.62 | $1,602.44 | Accident | $11.57 | $46.28 |
| **Employer Liabilities** | | | Critical Illness | $9.40 | $37.60 |
| Dental Contrib - RSP | $46.73 | $186.92 | Dependent Life | $0.74 | $2.96 |
| Life and ADD Contrib | $4.50 | $18.00 | Hospital Indemnity | $25.03 | $100.12 |
| Long-Term Disability Contrib | $6.66 | $26.64 | Spouse Partner Life | $2.96 | $11.84 |
| Medical Contrib - RSP | $1,233.87 | $4,935.48 | Supplemental AD and D | $1.25 | $5.00 |
| Savings 401k Employer Match | $31.37 | $125.48 | Supplemental Life | $3.83 | $15.32 |
| Savings 401k Roth Employer Match | $31.37 | $125.48 | Totals | $816.15 | $3,264.60 |
| Short-Term Disability Contrib | $13.84 | $55.36 | | | |
| Vision Contrib - GCP | $0.40 | $1.60 | | | |
| Totals | $1,368.74 | $5,474.96 | | | |

## Accrual Hours

| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
|---|---|---|---|---|---|---|
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 96.77 | 5.23 | 0 | 102 | 0 | 102 |
| Sick/Family Care | 32 | 0 | 0 | 48 | 16 | 32 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 3236099727 | | | XXXXXX9160 | USD | $5.00 |
| 3236099738 | | | XXXXXX2101 | USD | $5.00 |
| 3236099747 | | | XXXXXX2042 | USD | $5.00 |
| 3236099752 | | | XXXXXX4136 | USD | $1,388.61 |

## Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|

Page: 1 of 2



**EARNINGS STATEMENT**

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| FEDERAL_2020 | Single or Married filing separately | | $2,500.00 | $0.00 |
|---|---|---|---|---|
| **Tax Withholding Information** | | | | |
| **Type** | **Marital Status** | **Exemptions** | | **Additional Amount** |
| GA | Married Filing Separately or Jointly with Both Working | | | $0.00 |

Page: 2 of 2