IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Natasha Nicole Powell,<br><br>**Debtor(s).** | CASE NO. 25-62420-jwj<br>CHAPTER 13<br><br>Judge Jonathan W. Jordan<br><br>CONTESTED MATTER |
| Platinum Property Management Services, Inc.<br>a/a/f METRO ZEN LLC<br><br>**Movant**<br><br>v.<br><br>Natasha Nicole Powell, Debtor(s);<br>and Melissa J. Davey, Trustee<br>  **Respondents**. | |

## AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, Matthew F. Totten, who first being sworn on oath deposes and states as follows:

1. My name is Matthew F. Totten; I am over 21 years of age and suffering from no disease or defect that would render me incompetent to testify before this Court. I am competent to testify to all matters set forth herein and do so based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Georgia.

3. I represent the Movant as legal counsel in the above-styled matter.

4. Per this Court's strict compliance order dated March 9, 2026 [Doc. 35], Debtor NATASHA NICOLE POWELL was ordered to strictly comply with the ongoing rental payments through July 31, 2026.

1

5. Additionally, Debtor agreed to cure the post-petition balance through February 2026 via two payments of $8,778.00 by February 11, 2026 and $2,700.00 by February 14, 2026.

6. Debtor failed to cure the post-petition balance owing through February, having failed to make both payments delineated above.

7. Debtor failed to pay post-petition rent accruing for the month of March 2026.

8. On March 10, 2026, counsel for Movant sent to Debtor and Debtor's Counsel a Notice of Default; a copy of said Notice of Default is attached hereto as an Exhibit.

9. As of this date, Debtor remains in possession of the property in question in this matter despite their failure to comply with the foregoing terms as ordered by this Court.

10. Pursuant to the foregoing, Movant respectfully requests that this Court enter an order lifting the automatic stay under §§ 362 and Bankruptcy Rule 4001(a)(3).

FURTHER AFFIANT SAYEHT NAUGHT.

This 17th day of ___March___ 2026.

Matthew F. Totten
GA Bar. No. 798589
Attorney for Movant

Sworn and subscribed before me
This 17th day of ___March___, 2026

_____
Notary Public

KATHRYN D. TOTTEN
NOTARY
EXPIRES
GEORGIA
01-16-2027
PUBLIC
DEKALB COUNTY, GA

2

# THE TOTTEN FIRM
### REAL ESTATE ATTORNEYS

5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338

Matthew F.Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

March 10, 2026

**VIA FIRST CLASS MAIL & E-MAIL –Winn Keathley (winn.keathley@kingkingllc.com)**
**(mfr@kingkingllc.com)**

| Winn Keathley<br>King & King Law LLC<br>215 Pryor Street SW<br>Atlanta, GA 30303<br>*Counsel for Debtor* | Natasha Nicole Powell<br>4755 Agate Dr<br>Alpharetta GA 30022<br>*Debtor* | |
| --- | --- | --- |
| | | |

RE:  Notice of Default, Strict Compliance, *IN RE: Natasha Nicole Powell, Case No. 25-62420-jwj, US Bankruptcy Court, Northern District of Georgia*

To Whom It May Concern:

Pursuant to the terms of that Bankruptcy Court Order, as attached hereto, please be advised that the debtor is in default of the regular rental payments which have come due according to the terms of the Lease post-bankruptcy filing.

For ease of reference, I have included a snapshot of the funds remaining outstanding pursuant to the terms of the lease per my client post-petition and which remains unpaid.

Should the debtor fail to cure its default within five (5) days of this letter, my client intends to move forward pursuant to the terms of the enclosed order. Payments must be received at Movant's mailing address set forth in the lease, as located at 212 Kelly Mill Rd, Cumming, GA 30040.

Sincerely,

THE TOTTEN FIRM, LLC

*/s/ Matthew F. Totten*

Matthew F. Totten, Esq.

Attachments

| Date | Code | Description | Amount | Balance | Ref |
|---|---|---|---|---|---|
| 12/01/2025 | petrent | Pet Rent (12/2025) | 40.00 | 5,648.99 | 60852459 |
| 12/01/2025 | filter | HVAC Filter (12/2025) | 9.95 | 5,658.94 | 60852460 |
| 12/01/2025 | smrtrent | Smart Home System Fee (12/2025) | 30.00 | 5,688.94 | 60852461 |
| 12/04/2025 | late | Late Fee | 115.00 | 5,803.94 | 61094350 |
| 12/12/2025 | violatn | V-1297263 : Reversed by Charge Ctrl # 62145160 | 175.00 | 5,978.94 | 61142251 |
| 12/29/2025 | utltrsc | Trash - 09/01/25-10/01/25 | (25.55) | 5,953.39 | 62043189 |
| 01/01/2026 | utlgasc | Gas - 10/07/25-11/05/25 | 89.16 | 6,042.55 | 61227563 |
| 01/01/2026 | utlsetup | Service Fee | 9.95 | 6,052.50 | 61227564 |
| 01/01/2026 | utltrsc | Trash - 10/31/25-11/30/25 | 24.72 | 6,077.22 | 61227565 |
| 01/01/2026 | utltrsc | Trash - 10/01/25-10/31/25 | 24.73 | 6,101.95 | 61227566 |
| 01/01/2026 | utlsetup | Vacant Service Fee - 10/07/25-11/05/25 | 25.00 | 6,126.95 | 61227567 |
| 01/01/2026 | utlwatcb | Water - 10/10/25-11/07/25 | 32.79 | 6,159.74 | 61227568 |
| 01/01/2026 | rentinsu | Rent Ins Prem 01/26 | 8.00 | 6,167.74 | 61558401 |
| 01/01/2026 | insurfee | Rent Ins Fee 01/26 | 7.50 | 6,175.24 | 61558402 |
| 01/01/2026 | smrtrent | Smart Home System Fee (01/2026) | 30.00 | 6,205.24 | 61824199 |
| 01/01/2026 | petrent | Pet Rent (01/2026) | 40.00 | 6,245.24 | 61824758 |
| 01/01/2026 | rent | Resident Rent (01/2026) | 2,075.00 | 8,320.24 | 61830557 |
| 01/01/2026 | filter | HVAC Filter (01/2026) | 9.95 | 8,330.19 | 61837496 |
| 01/04/2026 | late | Late Fee | 115.00 | 8,445.19 | 62068287 |
| 01/12/2026 | vioadmin | VI-421237 | 35.00 | 8,480.19 | 62127580 |
| 01/15/2026 | violatn | : Reverse Charge Ctrl#61142251 | (175.00) | 8,305.19 | 62145160 |
| 01/20/2026 | violatn | Credit toward HOA Violation VI-328985 | (414.02) | 7,891.17 | 62158113 |
| 02/01/2026 | utlgascb | Gas - 11/05/25-12/06/25 | 126.79 | 8,017.96 | 62213567 |
| 02/01/2026 | utlsetup | Service Fee | 9.95 | 8,027.91 | 62213568 |
| 02/01/2026 | utltrsc | Trash - 12/31/25-01/30/26 | 25.00 | 8,052.91 | 62213569 |
| 02/01/2026 | utltrsc | Trash - 12/01/25-12/31/25 | 25.00 | 8,077.91 | 62213570 |
| 02/01/2026 | utlsetup | Vacant Service Fee - 11/05/25-12/06/25 | 25.00 | 8,102.91 | 62213571 |
| 02/01/2026 | utlwatcb | Water - 11/07/25-12/10/25 | 38.12 | 8,141.03 | 62213572 |
| 02/01/2026 | rentinsu | Rent Ins Prem 02/26 | 8.00 | 8,149.03 | 62540263 |
| 02/01/2026 | insurfee | Rent Ins Fee 02/26 | 7.50 | 8,156.53 | 62540264 |
| 02/01/2026 | filter | HVAC Filter (02/2026) | 9.95 | 8,166.48 | 62810905 |
| 02/01/2026 | petrent | Pet Rent (02/2026) | 40.00 | 8,206.48 | 62810906 |
| 02/01/2026 | rent | Resident Rent (02/2026) | 2,075.00 | 10,281.48 | 62810907 |
| 02/01/2026 | smrtrent | Smart Home System Fee (02/2026) | 30.00 | 10,311.48 | 62810908 |
| 02/01/2026 | rentinsu | Rent Ins Prem 02/26 | (6.86) | 10,304.62 | 63096680 |
| 02/04/2026 | late | Late Fee | 115.00 | 10,419.62 | 63076472 |
| 03/01/2026 | utlgascb | Gas - 12/06/25-01/06/26 | 153.20 | 10,572.82 | 63263530 |
| 03/01/2026 | utlsetup | Service Fee | 9.95 | 10,582.77 | 63263531 |
| 03/01/2026 | utltrsc | Trash - 01/30/26-02/28/26 | 25.00 | 10,607.77 | 63263532 |
| 03/01/2026 | utlsetup | Vacant Service Fee - 12/06/25-01/06/26 | 25.00 | 10,632.77 | 63263533 |
| 03/01/2026 | utlwatcb | Water - 12/10/25-01/07/26 | 35.72 | 10,668.49 | 63263534 |
| 03/01/2026 | petrent | Pet Rent (03/2026) | 40.00 | 10,708.49 | 63837660 |
| 03/01/2026 | filter | HVAC Filter (03/2026) | 9.95 | 10,718.44 | 63837661 |
| 03/01/2026 | rent | Resident Rent (03/2026) | 2,075.00 | 12,793.44 | 63837662 |
| 03/01/2026 | smrtrent | Smart Home System Fee (03/2026) | 30.00 | 12,823.44 | 63837663 |
| 03/04/2026 | late | Late Fee | 115.00 | 12,938.44 | 64095467 |

2



**IT IS ORDERED as set forth below:**

**Date: March 9, 2026**

_____
**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Natasha Nicole Powell<br><br>**Debtor(s)**. | CASE NO. 25-62420-jwj<br>CHAPTER 13 |
| Platinum Property Management Services, Inc.<br>a/a/f METRO ZEN LLC<br><br>**Movant**<br><br>v.<br><br>Natasha Nicole Powell, Debtor(s);<br>and Nancy J. Whaley, Trustee<br><br>**Respondents**. | Judge Jeffery W. Cavender<br><br>CONTESTED MATTER |

## <u>ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE</u>

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 31], as filed on January 14, 2025. A hearing was scheduled on Movant's Motion on January 28, 2025. Prior to said hearing, Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced to the Court.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated August 1 2025, at a rate of $2660.00 per month, plus other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Natasha Nicole Powell, relative to certain property known as 4755 Agate Drive, Alpharetta, GA 30022, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including post-petition default for failure to pay rent for November 2025, December 2025, and January 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through <u>February 2026</u>, representing rent and late fees accruing under the terms of the Lease, shall be paid as follows to Movant: $8,778.00 by February 11, 2026; and $2,700.00, consisting of February rent, to be paid by February 14, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's address, located at <u>212 Kelly Mill Rd, Cumming, GA 30040</u> or to such address or payment method as may be hereafter designated. Failure to tender the above-described payments shall entitle Movant to an order lifting the stay under §§362(a),(d) to allow it

2

to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning March 1, 2026. Should Debtor default on said regular rental payments which come due according to the Lease through its term of July 31, 2026, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay as to the Property under §§362(a),(d) without further notice or hearing.

**[END OF DOCUMENT]**

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

/s/ Winn Keathley [by exp. perm.]
Winn Keathley
GA Bar # 687409
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303
*Attorneys for Debtor*

Seen and No Opposition:

/s/  Maria C. Joyner  [by exp. perm.]
Maria C. Joyner
GA Bar # 118350
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave
Atlanta, GA 30303

4

Distribution List:

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303
*Trustee*

Natasha Nicole Powell, Debtor
4755 Agate Dr
Alpharetta GA 30022

## CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing *AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER* in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Nancy J. Whaley
Standing Chapter 13 Trustee
Ste 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303

Karen King
King & King, LLC
215 Pryor Street SW
Atlanta, GA 30303

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Natasha Nicole Powell, Debtor
4755 Agate Dr
Alpharetta GA 30022

Dated: Tuesday, March 17, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT