UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )
                                          )          CHAPTER 13
Natasha Nicole Powell,                    )
        Debtor.                           )          CASE NO. 25-62420 - JWJ


## WITHDRAWAL OF DOCUMENT


        COMES NOW Debtor and hereby withdraws the Amended Plan  filed in this case

on March 23, 2026, Docket No. 41.




                        King & King Law LLC




                        _____    ___/S/
                        Maiwand Jalalzai
                        GA Bar No. 893631
                        215 Pryor Street
                        Atlanta, GA 30303
                        (404) 524-6400
                        notices@kingkingllc.com
                        Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                               )
                                     )              CHAPTER 13
Natasha Nicole Powell,               )
       Debtor.                       )              CASE NO. 25-62420 - JWJ


**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within Withdrawal upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Av, Truist Garden Offices, Suite 120
Atlanta, GA 30303; Via E-notice ecf@njwtrustee.com

Natasha Nicole Powell
4755 Agate Dr
Alpharetta, GA 30022


This ___23rd___ day of _____March_____, 2026.


By:_____/S/
Maiwand Jalalzai
GA Bar No. 893631
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com