UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )        CHAPTER 13
                                          )
Natasha Nicole Powell,                    )
        Debtor.                           )        CASE NO. 25-62420 - JWJ
                                          )

## DEBTOR'S AMENDMENT TO CHAPTER 13 SCHEDULES

COMES NOW Debtor, and amends the Chapter 13 Schedules to provide the following:

1.

Debtor amends Form 2030 of this Chapter 13 case, as attached, in order to adjust Debtor's attorney's compensation to an amount agreed upon by both parties.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted,
KING & KING LAW, LLC


_____ /S/

Maiwand Jalalzai
Attorney for Debtor
Georgia Bar. No. 893631
King & King Law, LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Georgia

In re    Natasha Nicole Powell _____     Case No.    25-62420 _____
_____    Chapter    13 _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $                6,250.00

   Prior to the filing of this statement I have received _____    $                   0.00

   Balance Due _____    $                6,250.00

2. $ _313.00_ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Base/flat fee services:

      Assisting client obtain pre-filing credit counseling
      Assisting client obtain pay advices
      Assisting client obtain tax transcripts, returns, and other relative documentation
      Assisting in the preparation and completion of client's bankruptcy petition
      Preparing and filing changes of address
      Pre-confirmation turnover proceedings
      Stop creditor actions against client
      Motion to Extend Stay or to Impose Stay
      Motion for Finding of Exigent Circumstances
      Obtaining Employment Deduction Order and serving employer
      Order to Vacate Employer Deduction Order
      Attending and representing client at the 341 Hearing and any reset hearings
      Attending and representing client at the Confirmation Hearing and any reset hearings
      Preparing and filing Modifications necessary to confirm client's plan
      Preparing and filing lien avoidances necessary to confirm client's plan
      Objections to claims necessary to confirm plan
      Objections to late filed claims
      Bar date review (and all resulting/related pleadings)
      Provide information in obtaining pre-discharge financial counseling certificate
      Post-Confirmation amendment to add creditors
      Resolving Trustee or creditor motions to modify the plan

      Debtor's attorney has received $0.00 towards the base fee agreed upon by Debtor and Debtor's attorney. Should the case be dismissed prior to confirmation of the plan, the balance of the funds held by the Trustee, after adjustments for payments under 11 U.S.C. 1326 (a)(1)(B) or (C) and administrative fees, shall be paid to Debtor's attorney up to $2,500.00. Any balance above $2,500.00 shall be requested by Debtor's attorney through a fee application. Should the

In re    Natasha Nicole Powell                                        Case No.   25-62420
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

case be dismissed after confirmation, the Trustee shall pay to Debtor's attorney from the funds held the full remaining base fee.

In the event of a Conversion: Should the current case be converted after confirmation of the plan, Debtor hereby directs the Chapter 13 Trustee to pay Debtor's attorney the balance of the base fee. Should the current case be converted prior to confirmation, Debtor hereby directs the Chapter 13 Trustee to pay Debtor's attorney the balance of the base fee, up to $2,500.00.

I certify that a copy of the Rights and Responsibilities Statement which is referenced in General Order No. 6-2006 and 22-2017 has been provided to, and discussed with the Debtor(s).

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Non-Base Fees Services/A La Carte Items                              Fee

            Post-confirmation Modification of Plan Payment....................................$300.00
            Post-confirmation Motion for Relief from Stay ......................................$500.00
            Motion to Sell Property of the Estate....................................................$500.00
            Application to Employ Professional........................................................$300.00
            Motion to Approve Compromise and/or Settlement Proceeds............$300.00
            Application for Outside Loan................................................$300.00
            Motion to Modify Loan, Refinance, or Incur Debt.................................$300.00
            Resolving post-confirmation Motion to Dismiss......................................$300.00
            Post-confirmation stay violations........................................$300.00
            Motion to Sever/Dismiss as to joint debtor...........................................$300.00
            Motion to Reopen, or Vacate or Reconsider Dismissal.................$500.00
            Motion to Re-impose Stay...............................................$500.00
            Motion to Retain (including but not limited to tax refunds, insurance
            proceeds, and settlements)...........................................$300.00
            Motion to Suspend Plan Payments................................$300.00
            Motion to Excuse Default....................................$300.00
            Retrieving copies of judgments from courthouse...........................$300.00
            Motion to Determine Claim Status and Release Lien..........................$1,000.00
            Adversary Proceedings..............................................................$275.00/hr
            Appellate Practice.................................................$275.00/hr
            Notice of Conversion and/or Post-conversion services

            Any services not specifically set forth in this disclosure statement are to be considered Non-Base Fees Services/A La Carte Items and shall incur an additional fee. Upon completion of a non-base service, Debtor's attorney may file a fee application with the Court. Should the fee be approved by the Court, it shall be added to the base fee and treated in accordance with the confirmed plan.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. Pursuant to General Order No. 9, I certify that I provided to the debtor(s) a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys."

March 23, 2026                                    /s/ Karen King
*Date*                                            Karen King
                                                  *Signature of Attorney*
                                                  King & King Law LLC
                                                  215 Pryor Street SW
                                                  Atlanta, GA 30303-3748
                                                  (404) 524-6400  Fax: (404) 524-6425
                                                  notices@kingkingllc.com
                                                  *Name of law firm*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )        CHAPTER 13
                                          )
Natasha Nicole Powell,                    )
          Debtor.                         )        CASE NO. 25-62420 - JWJ
                                          )

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____ /s/_
Natasha Nicole Powell

_____3/23/26_____
Date

Penalty for making a false statement or concealing property:

Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
)
Natasha Nicole Powell, )
Debtor. ) CASE NO. 25-62420 - JWJ
)

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am more than eighteen years of age
and that on this day I served a copy of the within Debtor's Amendment to Chapter 13 Schedules
upon the following and upon the parties in the attached matrix by depositing a copy of the same in
U.S. Mail with sufficient posage affixed thereon to ensure delivery to:

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Av, Truist Garden Offices, Suite 120
Atlanta, GA 30303; Via E-notice ecf@njwtrustee.com

Natasha Nicole Powell
4755 Agate Dr
Alpharetta,GA 30022

This 23rd of March, 2026.

                               /S/
                             Maiwand Jalalzai
Attorney for Debtor
Georgia Bar. No. 3893631
King & King Law, LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com