**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                     )
                                           )   Case No. 25-62420 - JWJ
Natasha Nicole Powell,                     )
                                           )
      Debtor.                              )   Chapter 13
                                           )

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF**
**DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that the Debtor(s) has/have filed a pre-confirmation modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected. You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven (7) days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the Court a written objection, explaining your positions and views as to why the Court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

**United States Bankruptcy Court**
**(Atlanta Division)**
**Room 1340**
**75 Ted Turner Drive, SW, Atlanta, GA 30303**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it not less than seven (7) days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on confirmation of the Chapter 13 Plan, as modified, at **10:30 AM** on **4/29/2026** in Courtroom **1403**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Dated: 03/25/26

Respectfully submitted,
KING & KING LAW, LLC

_____ /S/
Maiwand Jalalzai
Attorney for Debtor(s)
Georgia Bar No. 893631
King & King Law, LLC
215 Pryor Street
Atlanta, GA 30303
Phone:  (404) 524 - 6400
Fax:    (404) 524 - 6425
Email:  notices@kingkingllc.com

.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 25-62420 - JWJ |
| Natasha Nicole Powell, | ) |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen (18) years of age and, pursuant to General Order No. 21-2017 and Bankruptcy Rules 2002(b) and 3015(f), that on this day I served a copy of the within Debtor's "Notice Of Hearing On Confirmation Of Modified Plan And Of Deadline For Objections To Confirmation Of Modified Plan" upon the following parties in the attached matrix by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Av, Truist Garden Offices, Suite 120
Atlanta, GA 30303; Via E-notice ecf@njwtrustee.com
Via e-notice

Natasha Nicole Powell
4755 Agate Dr
Alpharetta, GA 30022

This <u>25th</u> day of <u>March</u>, 2026.

                                                 /S/

Maiwand Jalalzai
Attorney for Debtor(s)
Georgia Bar No. 893631
King & King Law, LLC
215 Pryor Street
Atlanta, GA 30303
Phone:  (404) 524 - 6400
Fax:     (404) 524 - 6425
Email:  notices@kingkingllc.com

Label Matrix for local noticing
113E-1
Case 25-62420-jwj
Northern District of Georgia
Atlanta
Wed Mar 25 09:45:22 EDT 2026

5/3 BANK NA
5050 KINGSLEY DR
CINCINNATI, OH 45227-1115

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

Affirm INC
ATT BANKRUPTCY
650 California ST FL 12
San Francisco, CA 94108-2716

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Att: Bankruptcy
P.O. Box 981535
El Paso, TX 79998-1535

Buffalo Lake Lending
P.O. Box 254
Ft. Thompson, SD 57339-0254

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CBE Group: Ref: EBAY
1309 Technology Pkway
Cedar Falls, IA 50613-6976

CREDITONEBNK
PO BOX 98872
LAS VEGAS, NV 89193-8872

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of Capi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit Collections Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit One Bank
Attn: Bankruptcy Dept
6801 Cimmarron Rd
Las Vegas, NV 89113-2273

DEPTEDNELNET
PO BOX 82561
LINCOLN, NE 68501-2561

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130-0939

Dept of Education/Nelnet
P.O. Box 82561
Lincoln, NE 68501-2561

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

Exeter Finance LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Exeter Finance LLC c/o AIS Portfolio Service
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Fifth Third Bank, N.A.
PO Box 9013
Addison, Texas 75001-9013

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Intercoastal Financial Llc
7954 Transit Rd #136X
Williamsville, NY 14221-4117

January Technologies, Inc.
176 Grand Street, 4th Floor
New York, NY 10013-3786

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303-3748

(p)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


MONEYLION
PO BOX 1547
SANDY, UT 84091-1547

PENTAGON FCU
1001 N FAIRFAX
ALEXANDRIA, VA 22314-1797

PenFed CU
Att: Bankruptcy
PO Box 1432
Alexandria, VA 22313-1432


Pentagon Federal Credit Union
Kaplan Cooper P.C.
5775 Glenridge Drive
Suite B-320
Atlanta, GA 30328-5380

Platinum Property Mgmt Services
212 Kelly Mill Rd
Suite 165
Cumming, GA 30040-2317

Natasha Nicole Powell
4755 Agate Dr
Alpharetta, GA 30022-7368


Quantum3 Group LLC as agent for
AXIOM ACQUISITION VENTURES LLC
PO Box 788
Kirkland, WA  98083-0788

REGIONAL FIN
979 BATESVILLE RD
GREER, SC 29651-6819

REGIONAL MANAGEMENT CORPORATION
979 BATESVILLE ROAD STE B
GREER SC 29651-6819


Regional finance
ATT Bankruptcy
979 Batesville Rd Ste B
Greer, SC 29651-6819

SLOAN/NELNET
PO BOX 82561
LINCOLN, NE 68501-2561

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196


Snap Finance
Po Box 26561
West Valley City, UT 84119

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Samantha Tzoberi
Kaplan Cooper, P.C.
Suite B-320
5775 Glenridge Drive
Atlanta, GA 30328-5380


U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422


Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

eBay Inc
2025 Hamilton Avenue
San Jose, CA 95125-5904


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Continental Finance Co
Attn: Bankruptcy
P.O. Box 3220
Buffalo, NY 12420

Discover Financial
Att: Bankruptcy
PO Box 30943
Salt Lake City, UT 84140

EXETER FIN
PO BOX 166097
IRVING, TX 75016

(d)Exeter Finance LLC
Att: Bankruptcy
PO Box 166008
Irvin, TX 75016

GLBLNDSVCS
1200 BROOKFIELD BLVD # 300
GREENVILLE, SC 29607

Georgia Department of Revenue
1800 Century Blvd NE Suite 910
Atlanta, GA 30345


Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

LENDMARK
2118 USHER ST
COVINGTON, GA 30014

(d)LENDMARK FINANCIAL SVC LLC
2118 USHER STREET
COVINGTON GA 30014


(d)Landmark Financial
2118 Usher St
Covington, GA 30014

(d)TBOM/CONTFIN
4550 NEW LINDEN HILL ROAD
#400
Wilmington, DE 19808

Upgrade, Inc.
P.O. Box 52210
Phoenix, AZ 85072-2210


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Platinum Property Management Services, Inc

End of Label Matrix
Mailable recipients   52
Bypassed recipients    1
Total                 53