UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              )
                                    )          CHAPTER 13
Natasha Nicole Powell,              )
        Debtor.                     )          CASE NO. 25-62420 - JWJ


**<u>WITHDRAWAL OF DOCUMENT</u>**


COMES NOW Debtor and hereby withdraws the EDO's filed in this case  on March

23, 2026, Docket No. 44, 45 & 46.


King & King Law LLC


_____/S/

Seth Evans
GA Bar No. 966458
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                               )
                                     )          CHAPTER 13
                                     )
Natasha Nicole Powell,               )
        Debtor.                      )          CASE NO. 25-62420 - JWJ

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within Withdrawal upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Av, Truist Garden Offices, Suite 120
Atlanta, GA 30303; Via E-notice ecf@njwtrustee.com

Natasha Nicole Powell
4755 Agate Dr
Alpharetta, GA 30022

This __25th___ day of ___March____, 2026.

By:_____/S/
Seth Evans
GA Bar No. 966458
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com