

**IT IS ORDERED as set forth below:**

**Date: March 26, 2026**

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Natasha Nicole Powell,<br><br>**Debtor(s)**.<br><hr>Platinum Property Management Services, Inc.<br>a/a/f METRO ZEN LLC<br><br>**Movant**<br><br>v.<br><br>Natasha Nicole Powell, Debtor(s);<br>and Melissa J. Davey, Trustee<br>  **Respondents**. | CASE NO. 25-62420-jwj<br>CHAPTER 13<br><br>Judge Jonathan W. Jordan<br><br>CONTESTED MATTER |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY, STRICT COMPLIANCE

Debtor and Movant previously entered into a consent order between Debtor and Movant,

dated March 9, 2026 [Doc. 35], requiring Debtor to resume strict compliance with the lease post

petition commencing March 1, 2026. Debtor further agreed to cure the post petition arrearage

owing through February 2026 via payments of $8,778.00 by February 11, 2026 and $2,700.00 by February 14, 2026 via payment in full to Movant.

As evidenced by Movant's subsequent default Motion to Lift Stay for Debtor's Noncompliance With Strict Compliance Order, filed on March 17, 2026 [Doc 39], as supported by adequate notice upon Debtor/Debtor's counsel [Doc 39-1] and further evidenced by an affidavit of noncompliance [Doc 39-2], Debtor failed to strictly comply with the terms agreed between the parties, particularly Debtor failing to owing through February 2026 via payments of $8,778.00 by February 11, 2026 and $2,700.00 by February 14, 2026 via payment to Movant.

No response has been filed by Debtor or codebtor in opposition to Movant's motion to lift the automatic stay in light of the default with the strict compliance order [Doc 35].

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) and of the Bankruptcy Code is MODIFIED to allow Movant to pursue dispossessory proceedings against Debtor as-available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action;

[**END OF DOCUMENT**]

**Order presented by:**

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

Distribution List:

Karen King
King & King, LLC
215 Pryor Street SW
Atlanta, GA 30303
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
Ste 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303
*Trustee*

Natasha Nicole Powell, Debtor
4755 Agate Dr
Alpharetta GA 30022