

**IT IS ORDERED as set forth below:**

**Date: March 26, 2026**

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Natasha Nicole Powell,

**Debtor(s)**.

Platinum Property Management Services, Inc.
a/a/f METRO ZEN LLC

**Movant**

v.

Natasha Nicole Powell, Debtor(s);
and Melissa J. Davey, Trustee

  **Respondents**.

CASE NO. 25-62420-jwj
CHAPTER 13

Judge Jonathan W. Jordan

CONTESTED MATTER

## ORDER GRANTING MOTION FOR RELIEF FROM STAY, STRICT COMPLIANCE

Debtor and Movant previously entered into a consent order between Debtor and Movant,

dated March 9, 2026 [Doc. 35], requiring Debtor to resume strict compliance with the lease post

petition commencing March 1, 2026. Debtor further agreed to cure the post petition arrearage

1

owing through February 2026 via payments of $8,778.00 by February 11, 2026 and $2,700.00 by February 14, 2026 via payment in full to Movant.

As evidenced by Movant's subsequent default Motion to Lift Stay for Debtor's Noncompliance With Strict Compliance Order, filed on March 17, 2026 [Doc 39], as supported by adequate notice upon Debtor/Debtor's counsel [Doc 39-1] and further evidenced by an affidavit of noncompliance [Doc 39-2], Debtor failed to strictly comply with the terms agreed between the parties, particularly Debtor failing to owing through February 2026 via payments of $8,778.00 by February 11, 2026 and $2,700.00 by February 14, 2026 via payment to Movant.

No response has been filed by Debtor or codebtor in opposition to Movant's motion to lift the automatic stay in light of the default with the strict compliance order [Doc 35].

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) and of the Bankruptcy Code is MODIFIED to allow Movant to pursue dispossessory proceedings against Debtor as-available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action;

[**END OF DOCUMENT**]

**Order presented by:**

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

<u>/s/ Matthew F. Totten</u>
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

Distribution List:

Karen King
King & King, LLC
215 Pryor Street SW
Atlanta, GA 30303
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
Ste 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303
*Trustee*

Natasha Nicole Powell, Debtor
4755 Agate Dr
Alpharetta GA 30022

3

United States Bankruptcy Court

Northern District of Georgia

In re:

Natasha Nicole Powell

    Debtor

Case No. 25-62420-jwj

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Mar 26, 2026 | Form ID: pdf404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: natashadouglas76@gmail.com | Mar 26 2026 20:55:00 | Natasha Nicole Powell, 4755 Agate Dr, Alpharetta, GA 30022-7368 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Natasha Nicole Powell myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor Platinum Property Management Services  Inc., a/a/f Metro Zen LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Samantha Tzoberi | on behalf of Creditor Pentagon Federal Credit Union sam@kbclegal.com |

TOTAL: 4