**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

**Request for Change of Address**

Case Name: Natasha Nicole Powell

Case No.: 25-62420  Chapter 13

**Change of Address for:**

Debtor _x__ Creditor ___ Attorney for Debtor ___ Attorney for Creditor___

**Change for:**

Notices ONLY ___ Payments ONLY ___ Notices and Payments _x_

EFFECTIVE DATE OF CHANGE: 4/13/2026

Name: Natasha N. Powell

Prior Address:

4755 Agate Dr
Alpharetta, GA 30022
*****************************************************************************
New Address:

10515 Windsor Park Drive,
Johns Creek, GA 30022

Dated: 4/13/2026                                    _____/s/_
                                                   Seth A. Evans
                                                   Attorney for Debtor(s)
                                                   King & King Law LLC
                                                   GA Bar No. 966458
                                                   215 Pryor Street
                                                   Atlanta GA 30308
                                                   notices@kingkingllc.com